IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TODD D. YATES                                                                                                               PLAINTIFF

v.                 CASE NO: 4:19CV00411-JM

FEDERAL BUREAU OF INVESTIGATION                                               DEFENDANT

## JUDGMENT

Pursuant to the order entered this date, the complaint is hereby dismissed with prejudice.

DATED this 9th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE